IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR422 |
| JOE LEWIS WILLIAMS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is the government's Motion to Continue [16] the previously scheduled evidentiary hearing. The defendant has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [12] will be continued.

    IT IS ORDERED:

    1.    That the government's Motion to Continue [16] is granted; and

    2.    That the evidentiary hearing on the Motion to Suppress [12] is continued to **February 13, 2009** at **1:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 12th day of January, 2009.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge